FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALLACE WENDELL VAUGHN III,<br>  Petitioner,<br>  v.<br>KEN CLARK (Warden),<br>  Respondent. | No. CV 06-5990-R (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Jan. 8, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE